IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE EARL,

        Plaintiff,                         No. CIV S-08-50 FCD KJM

    vs.

NIELSEN MEDIA RESEARCH, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Plaintiff's motion to compel responses to discovery came on regularly for hearing May 7, 2008. Mathew Stephenson appeared for plaintiff. Matthew Ruggles and Adrianne Samms appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to compel responses to interrogatories and production of documents is granted. Within ten days, defendant Nielsen Media Research, Inc. shall produce documents responsive to the request for production of documents propounded in state court and respond to the 22 interrogatories previously designated by plaintiff's counsel. Response shall be made without objection except for attorney client or work product privilege and any documents withheld on those grounds must be specifically identified in a privilege log.

1    2. The parties are advised that plaintiff may propound three further interrogatories
2 without leave of court.  Defendant may not propound further interrogatories without leave of
3 court.
4    3. Reasonable expenses incurred in connection with this motion are awarded to
5 plaintiffs against defendants in the amount of $5,000.00.
6 DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

006
earl.oah

2