IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE EARL,

    Plaintiff,                                  No. CIV S-08-50 FCD KJM

    vs.

NIELSON MEDIA RESEARCH, INC.,

    Defendant.                               <u>ORDER</u>

_____/

        Plaintiff's motion to compel production of documents (docket no. 54) came on regularly for hearing March 11, 2009. Mathew Stephenson appeared for plaintiff. Matthew Ruggles and Adrianne Samms appeared for defendant. Upon review of the documents in support and opposition, upon review of selected portions of the rough draft of the deposition transcript of Bob Dimond lodged by counsel, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to compel is denied except as follows. Within fifteen days from the date of this order, defendant shall provide a supplemental affidavit of Mr. Sowatske in which declarant verifies the nature and extent of the search he conducted or arranged to have conducted in the course of producing documents in response to the requests at issue.

/////

1

2. The motion for monetary sanctions is denied.

DATED: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

006
earl123pod.oah