IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE EARL,

        Plaintiff,                      No. CIV S-08-50 FCD KJM

    vs.

NIELSEN MEDIA RESEARCH, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Discovery motions currently are noticed to be heard on March 25, 2009. The parties are reminded that discovery disputes should first be resolved through good faith meeting and conferring. L.R. 37-251(b). If no resolution of the disputes covered by the motions can be reached, the parties may bring the matter before this court by letter brief filed no later than March 23, 2009. The discovery disputes covered by the pending motions shall be summarized jointly by the parties in a letter brief not exceeding six pages. The joint letter brief must attest that, prior to filing the request for relief, counsel met and conferred in person and must concisely summarize those remaining issues counsel have been unable to resolve. The letter brief may cite to limited and specific legal authority only for resolution of the dispositive issues. The letter brief may not be accompanied by exhibits or affidavits; any excerpt of disputed discovery material must be set out verbatim in the letter. After receipt of the letter brief, the court will then

1 advise the parties concerning whether additional briefing or a telephonic conference will be
2 necessary. The hearing date of March 25, 2009 is vacated.
3 DATED: March 18, 2009.

_____
U.S. MAGISTRATE JUDGE

26 006 earl.sub.lb