DEBORAH KOCHAN (S.B. #152089)
MATHEW STEPHENSON (S.B. #154330)
KOCHAN & STEPHENSON
260 California Street, Suite 803
San Francisco, California 94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242

Attorneys for Plaintiff
CHRISTINE EARL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTINE EARL,<br><br>    Plaintiff,<br><br>vs.<br><br>NIELSEN MEDIA RESEARCH, INC., et al.,<br><br>    Defendants. | Case NO.: 2:08-CV-0050 FCD KJM<br><br>**ORDER RE PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE AND DISCLOSURE OF PLAINTIFF'S STATISTICAL EXPERT** |

Plaintiff's Application for Order Shortening Time was filed March 18, 2009. After review of the moving papers and defendants' opposition thereto, the Court finds Good Cause to shorten time on plaintiff's motion, and IT IS HEREBY ORDERED THAT:

1) Defendants' Opposition to Plaintiff's Motion to Extend the Discovery Cutoff and Date for Disclosure of Plaintiff's Statistical Expert shall be filed on or before **March 25, 2009, at 4:00 p.m**.

2) Plaintiff's Reply shall be filed on or before **March 27, 2009, at 12:00 p.m**.

The Court shall issue a written order on the motion on or before March 31, 2009. No oral argument is necessary on the motion. E.D.Cal.L.R. 78-230(h)

**IT IS SO ORDERED.**

DATE: March 20, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE