DEBORAH KOCHAN (S.B. #152089)
MATHEW STEPHENSON (S.B. #154330)
KOCHAN & STEPHENSON
260 California Street, Suite 803
San Francisco, California 94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242

Attorneys for Plaintiff
CHRISTINE EARL


MATTHEW J. RUGGLES, Bar No. 173052
ADRIANNE B. SAMMS, Bar No. 238786
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendants
NIELSEN MEDIA RESEARCH, INC. AND THE NIELSEN COMPANY (US), INC.,
ERRONEOUSLY SUED AS VNU USA, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINE EARL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VNU USA, INC., NIELSEN MEDIA RESEARCH, INC.,<br><br>　　　　Defendants. | Case NO.: 2:08-CV-00050 FCD KJM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF EXPERT WITNESS DISCLOSURE DEADLINE FOR INFORMATION TECHNOLOGY EXPERTS ONLY**<br><br>Trial Date: December 8, 2009 |

Plaintiff CHRISTINE EARL and Defendants THE NIELSEN COMPANY (US), INC. and NIELSEN MEDIA RESEARCH, INC. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1

1. Pursuant to the Court's Order, the parties are required to disclose experts no later than May 1, 2009.

2. During the course of discovery, multiple discovery disputes arose that significantly impacted Plaintiff's ability to prepare her computer expert to render a report as required by the Federal Rules by May 1, 2009.

3. Defendants have agreed to produce a PMK regarding computer and electronic data and policies and produce documents relating thereto. It is anticipated that said discovery will be completed before the current close of discovery which is scheduled for May 15, 2009.

4. The parties hereby stipulate, and seek the Court's approval for, an extension of the expert disclosure deadline for information technology experts only to May 29, 2009

5. The parties do not request any other modification to the Pre-trial Scheduling Order, and moving the expert disclosure date for the parties' information technology experts cut-off will not affect the trial date.

**IT IS SO STIPULATED**.

Dated: April 23, 2009

/s/ Matthew J. Ruggles
MATTHEW J. RUGGLES
ADRIANNE B. SAMMS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
NIELSEN MEDIA RESEARCH, INC. AND
THE NIELSEN COMPANY (US), INC.,
(erroneously sued as VNU USA, INC.)

2

Stip re IT Expert Disclosure                                          Case # 2:08-CV-00050 FCD KJM
07-49 Stip re IT Expert Disclosure 04-23-09.doc

Dated: April 23, 2009          Respectfully submitted,

KOCHAN & STEPHENSON

/S/  Deborah Kochan
Deborah Kochan,
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: April 23, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE