1  DEBORAH KOCHAN (S.B. #152089)
   MATHEW STEPHENSON (S.B. #154330)
2  KOCHAN & STEPHENSON
   260 California Street, Suite 803
3  San Francisco, California 94111
   Telephone: (415) 392-6200
   Facsimile: (415) 392-6242
4
   Attorneys for Plaintiff
5  CHRISTINE EARL

6

7  MATTHEW J. RUGGLES, Bar No. 173052
   ADRIANNE B. SAMMS, Bar No. 238786
   LITTLER MENDELSON
8  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
9  Sacramento, CA 95833.4227
   Telephone:    916.830.7200
   Fax No.:      916.561.0828
10
   Attorneys for Defendants
11 NIELSEN MEDIA RESEARCH, INC. AND THE NIELSEN COMPANY (US), INC.,
   ERRONEOUSLY SUED AS VNU USA, INC.

12

13

14
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

15

16  CHRISTINE EARL,                          Case NO.: 2:08-CV-00050 FCD KJM

          Plaintiff,
17
          vs.                               **STIPULATION AND ORDER FOR
                                            CONTINUANCE OF DISCOVERY
18  VNU USA, INC.,  NIELSEN MEDIA           DEADLINE AS TO MATTERS
    RESEARCH, INC.,                         RELATED TO CERTAIN PMK
                                            DEPOSITIONS**
19        Defendants.

20
                                             Trial Date:  December 8, 2009
21

22  Plaintiff CHRISTINE EARL and Defendants THE NIELSEN COMPANY (US), INC. and

23  NIELSEN MEDIA RESEARCH, INC. (collectively, "Defendants"), by and through their

    respective counsel, hereby stipulate and agree as follows:
24

1

1.     Pursuant to the Court's Order, the parties are required to complete all discovery, including any discovery motions, by no later than May 15, 2009.

2.     During the course of discovery, discovery disputes arose regarding the timing of the continued PMK deposition of Jim Sowatzke.  Specifically, defendant asserts that it can only make Sowatzke available in California for his continued deposition on May 7, 2009.  However, in light of the current discovery cut-off of May 15, 2009, should any issues arise regarding the continued PMK deposition either just prior to or during said deposition there would not be enough time to seek the court's assistance, even on shortened notice, prior to discovery cut-off.  As such the parties stipulate to providing plaintiff an additional week to May 22, 2009 within which to resolve any such issues, including by way of a motion brought on shortened notice.

3.     The parties hereby stipulate, and seek the Court's approval for, an extension of the discovery cut-off to May 22, 2009 for matters relating to the continued deposition of Jim Sowatzke.

4.     During the course of discovery, multiple issues also arose regarding computer generated documents and other electronic data.  Defendants have agreed to produce a PMK regarding computer and electronic data and policies.

5.     The parties have agreed that the Information Technology ("IT") PMK deposition will go forward on May 14, 2009, that it will be conducted telephonically (via video conferencing) and will last no more than three hours total (exclusive of breaks).  The specific terms under which the deposition will be conducted, including the matters upon which defendant will be deposed, are referenced in the document attached hereto as Exhibit A.  However, in light of the current discovery cut-off of May 15, 2009, should any issues arise regarding the IT PMK deposition either just prior to or during said deposition there would not be enough time to seek the court's assistance, even on shortened notice, prior to discovery cut-off.  As such the parties

1  stipulate to providing plaintiff an additional two weeks to May 29, 2009 within which to resolve

2  any such issues, including by way of a motion brought on shortened notice.

3      6.      The parties hereby stipulate, and seek the Court's approval for, an extension of

4  the discovery cut-off date from May 15, 2009 to May 29, 2009 as it relates to this IT PMK

5  deposition.  Such an extension will allow the parties to file any motions regarding the deposition

6  or shortened notice such that any such discovery matters may be heard by May 29, 2009.

7      7.      The parties do not request any other modification to the Pre-trial Scheduling

8  Order, and moving the discovery cut-off date for matters relating only to the continued

9  deposition of Jim Sowatzke and the IT PMK deposition will not affect the trial date.

10  **IT IS SO STIPULATED**.

11
    Dated: May 1, 2009

12

13
                                            /s/ Matthew J. Ruggles
                                            MATTHEW J. RUGGLES
                                            ADRIANNE B. SAMMS
14                                          LITTLER MENDELSON
                                            A Professional Corporation
15                                          Attorneys for Defendants
                                            NIELSEN MEDIA RESEARCH, INC. AND
16                                          THE NIELSEN COMPANY (US), INC.,
                                            (erroneously sued as VNU USA, INC.)

17

18  Dated May 1, 2009                       KOCHAN & STEPHENSON

19
                                            /S/  Deborah Kochan
20                                          Deborah Kochan,
                                            Attorneys for Plaintiff

21      **IT IS SO ORDERED.**

22  Dated:  May 1, 2009

23
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

24

3