IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE EARL,

        Plaintiff,                          No. CIV S-08-50 FCD KJM

    vs.

NIELSEN MEDIA RESEARCH, et al.,

        Defendants.                      <u>ORDER</u>

_____/

        A number of discovery disputes are pending before the court, having been submitted on a letter brief. <u>See</u> Docket Nos. 55, 56, 58, 59 (motions to compel); Docket No. 70 (order); Docket Nos. 82-2 (revised letter brief). Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. Plaintiff's motion to compel production of documents (Docket No. 56) is granted in part. Within fifteen days from the date of this order, defendant shall produce responsive documents; the temporal scope may be limited to five years prior to plaintiff's termination; only documents relating to claims of age or disability discrimination need be produced.

/////

1

2. The scope of questioning plaintiff seeks pertaining to the deposition of person most knowledgeable (PMK) Sowatzke is fairly encompassed within the deposition notice. <u>See</u> Docket No. 82-2 at 2. Deponent PMK Sowatzke shall testify regarding other employees' history of discipline and clerical errors committed by recruiters.

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE

006
earl2.lb.oah