IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE EARL,

      Plaintiff,                                 No. CIV S-08-50 FCD KJM

      vs.

NIELSEN MEDIA RESEARCH, et al.,

      Defendants.                        <u>ORDER</u>

_____/

      Plaintiff's motion to compel production of documents came on regularly for hearing May 6, 2009. Mathew Stephenson appeared for plaintiff. Matthew Ruggles and Adrianne Samms appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. The motion to compel production of documents is granted. Defendant shall produce the portion of the backup tape containing the e-mail and attachment at issue with associated metadata. At defendants' option, the entirety of the backup tape may be produced for inspection by a neutral forensic computer expert with the cost of said expert to be shared by the parties.

/////

2. The court finds an award of expenses is not warranted considering all of the circumstances reflected in the record before it on this motion. Fed. R. Civ. P. 37 (a)(5)(A).

DATED: May 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006
earl2.oah