MATTHEW J. RUGGLES, Bar No. 173052
ADRIANNE B. SAMMS, Bar No. 238786
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:     916.830.7200

Attorneys for Defendants
NIELSEN MEDIA RESEARCH, INC. AND THE NIELSEN COMPANY (US), INC. (erroneously sued as VNU USA, INC.)

DEBORAH KOCHAN (S.B. #152089)
MATHEW STEPHENSON (S.B. #154330)
KOCHAN & STEPHENSON
260 California Street, Suite 803
San Francisco, California  94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242

Attorneys for Plaintiff
CHRISTINE EARL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE EARL,<br><br>         Plaintiff,<br><br>    v.<br><br>VNU USA, INC., AND NIELSEN MEDIA RESEARCH, INC.,<br><br>         Defendants. | Case No.  2:08-CV-00050-FCD-KJM<br><br>**STIPULATION AND ORDER REGARDING EXPERT WITNESS DISCOVERY** |

Plaintiff Christine Earl and Defendants Nielsen Media Research, Inc. and The Nielsen Company (US), Inc. (erroneously sued as "VNU USA, Inc."), by and through their attorneys of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's March 30, 2009, 2009 order [Docket No. 87], the parties exchanged expert witness disclosures and reports on May 1, 2009.

2. Defendant Nielsen Media Research, Inc. disclosed one expert: G. Houssain Borhani, Ph.D. Plaintiff Christine Earl has requested to take the deposition of Defendant's expert witness Dr. Borhani; however, Dr. Borhani is not available for his deposition until June 9, 2009, which is after the expert witness discovery deadline presently set on June 4, 2009 pursuant to the Court's November 19, 2009 order [Docket No. 36]. In order to complete expert witness discovery, the parties have stipulated and agreed that Plaintiff may conduct the deposition of Dr. Borhani on June 9, 2009.

3. The deadline for the parties to make supplemental and/or rebuttal expert witness disclosures presently is June 1, 2009. To accommodate any potential deposition of supplemental and/or rebuttal expert witness, the parties have stipulated and agreed to extend the expert witness discovery deadline to Friday, June 12, 2009. Additionally, the parties have stipulated and agreed that disclosure of supplemental and/or rebuttal expert witnesses shall be made on Monday, June 1, 2009, and that Defendant's rebuttal expert witness report shall be disclosed on Tuesday, June 2, 2009, and that Plaintiff's supplemental and/or rebuttal expert witness report shall be disclosed on or before Monday, June 8, 2009.

4. Plaintiff Christine Earl conducted the third day of the deposition of Defendant Nielsen Media Research, Inc.'s employee Jim Sowatzke in San Francisco on May 7, 2009. The parties have stipulated and agreed that Plaintiff Christine Earl may conduct one additional half-day session of Mr. Sowatzke's deposition (in his individual capacity and as defendant's Person Most Knowledgeable) by telephone on the first mutually convenient date.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

2    Case No. 2:08-CV-00050-FCD-KJM

5. Accordingly, the parties request that the Court extend the expert witness discovery deadline to June 12, 2009; that the deadline for Plaintiff Christine Earl to disclose a supplemental and/or rebuttal expert witness report from William Lepowsky to Monday, June 8, 2009; and that a half-day deposition of Jim Sowatzke, in his individual capacity and as defendant's Person Most Knowledgeable, by telephone be permitted on a mutually-convenient date.

Dated: June 2, 2009

*/s/ Matthew J. Ruggles*
MATTHEW J. RUGGLES
ADRIANNE B. SAMMS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
NIELSEN MEDIA RESEARCH, INC. AND
THE NIELSEN COMPANY (US), INC.,
(erroneously sued as VNU USA, INC.)

Dated: June 2, 2009

*/s/ Deborah Kochan* (authorized 6/2/2009)
DEBORAH KOCHAN
MATHEW STEPHENSON
KOCHAN & STEPHENSON
Attorneys for Plaintiff
CHRISTINE EARL

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

3   Case No. 2:08-CV-00050-FCD-KJM

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the parties' request to extend the expert witness discovery deadline to June 12, 2009 is GRANTED. The parties' request to extend the deadline for Defendant Nielsen Media Research, Inc. to disclose a supplemental and/or rebuttal expert witness report to Tuesday, June 2, 2009 and for Plaintiff Christine Earl to disclose a supplemental and/or rebuttal expert witness report from William Lepowsky to Monday, June 8, 2009 is GRANTED. Finally, the parties' stipulation to conduct one additional half-day session of the deposition of Jim Sowatzke by telephone on a mutually convenient date is GRANTED.

DATED: June 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

4                    Case No. 2:08-CV-00050-FCD-KJM