DEBORAH KOCHAN (S.B. #152089)
MATHEW STEPHENSON (S.B. #154330)
KOCHAN & STEPHENSON
260 California Street, Suite 803
San Francisco, California 94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242

Attorneys for Plaintiff
CHRISTINE EARL


MATTHEW J. RUGGLES, Bar No. 173052
ADRIANNE B. SAMMS, Bar No. 238786
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone:    916.830.7200
Fax No.:      916.561.0828

Attorneys for Defendants
NIELSEN MEDIA RESEARCH, INC. AND THE NIELSEN COMPANY (US), INC.,
ERRONEOUSLY SUED AS VNU USA, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTINE EARL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VNU USA, INC., NIELSEN MEDIA RESEARCH, INC.,<br><br>　　　　Defendants. | Case NO.: 2: 08-CV-00050 FCD KJM<br><br>**STIPULATION AND ORDER RE FURTHER BRIEFING RE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR SUMMARY ADJUDICATION OF CLAIMS**<br><br><br>MSJ Hearing Date:   September 4, 2009<br>Trial Date:                March 30, 2010 |

WHEREAS Defendants timely filed their respective motions for summary judgment to be heard on August 7, 2009;

WHEREAS the Court has since continued the hearings on said motions to September 4, 2009;

WHEREAS Plaintiff's opposition papers were due to be filed and personally served by 4:00 pm on July 24, 2009;

WHEREAS due to extenuating circumstances beyond Plaintiff's counsel's control the electronic filing of said opposition papers with the court's ECF system was not complete until 7:45 pm on July 24, 2009 and Plaintiff was not able to personally serve Defendant said papers at all on that day.

WHEREAS Plaintiff CHRISTINE EARL and Defendants THE NIELSEN COMPANY (US), INC. and NIELSEN MEDIA RESEARCH, INC. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Because Plaintiff's counsel did not timely file and serve Plaintiff's opposition papers on counsel for Defendants, the parties stipulate that Defendants shall have until 4:00 p.m. on Friday, August 7, 2009 to file and serve Defendants' Reply Papers;

2. Plaintiff shall have until 4:00 p.m. on Friday, August 14, 2009 to file evidentiary objections to any evidence submitted in support of Defendants' Reply Papers;

3. The parties waive personal service of any further documents filed by the parties in connection with the motion for summary judgment, provided the document is filed with the District Court's ECF system in a proper and timely manner; and

4. Plaintiff shall have until 4:00 p.m. on Thursday July 30, 2009 to file an amended memorandum of points and authorities in opposition to Defendant Nielsen Media Research's motion for summary judgment to fix the clerical and/or formatting errors in the brief, including submission of a Table of Contents and Table of Authorities.

**IT IS SO STIPULATED**.

Dated: July 27, 2009

                /s/ Matthew J. Ruggles
                MATTHEW J. RUGGLES
                ADRIANNE B. SAMMS
                LITTLER MENDELSON
                A Professional Corporation
                Attorneys for Defendants
                NIELSEN MEDIA RESEARCH, INC. AND
                THE NIELSEN COMPANY (US), INC.,
                (erroneously sued as VNU USA, INC.)

Dated: July 27, 2009

                KOCHAN & STEPHENSON
                /s/ Deborah Kochan
                Deborah Kochan,
                Attorneys for Plaintiff

## ORDER

The Court has reviewed the stipulation of the parties and hereby orders as follows:

1. Defendants shall have until 4:00 p.m. on Friday, August 7, 2009 to file and serve Defendants' Reply Papers;

2. Plaintiff shall have until 4:00 p.m. on Friday, August 14, 2009 to file evidentiary objections to any evidence submitted in support of Defendants' Reply Papers;

3. Personal service of any further documents filed by the parties in connection with the motion for summary judgment, provided the document is filed with the District Court's ECF system in a proper and timely manner, has been waived; and

4. Plaintiff shall have until 4:00 p.m. on Thursday July 30, 2009 to file an amended memorandum of points and authorities in opposition to the motion for summary judgment to fix the clerical and/or formatting errors in the brief, including submission of a Table of Contents and Table of Authorities.

**IT IS SO ORDERED.**

Dated: July 28, 2009

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE