1  MATTHEW J. RUGGLES, Bar No. 173052
   ADRIANNE B. SAMMS, Bar No. 238786
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA  95833.4227
4  Telephone:    916.830.7200

5  Attorneys for Defendants
   NIELSEN MEDIA RESEARCH, INC. AND THE
6  NIELSEN COMPANY (U.S.), INC., (erroneously
   sued as VNU USA, INC.)

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10  CHRISTINE EARL,                    Case No.  2:08-CV-00050-FCD-KJM

11              Plaintiff,             **AMENDED NOTICE OF MOTION FOR
                                       ATTORNEY'S FEES BY DEFENDANTS**
12       v.                            **NIELSEN MEDIA RESEARCH, INC. AND
                                       THE NIELSEN COMPANY (U.S.), INC.**
13  VNU USA, INC., AND NIELSEN MEDIA
    RESEARCH, INC.,                    Date:      January 15, 2010
14                                     Time:      10:00 a.m.
                Defendants.            Judge:     Hon. Frank C. Damrell, Jr.
15                                     Ctrm:      2

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

Case No.  2:08-CV-00050-FCD-KJM

DEFENDANTS' AMENDED NOTICE OF MOTION FOR ATTORNEY'S FEES

**TO PLAINTIFF CHRISTINE EARL AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **January 15, 2010 at 10:00 a.m.,** or as soon thereafter as the matter may be heard by the Honorable Frank C. Damrell, Jr. in **Courtroom 2** at the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California, Defendants Nielsen Media Research, Inc. and The Nielsen Company (U.S.), Inc., erroneously sued as VNU USA, Inc. ("Defendants") will move for an Order requiring Plaintiff Christine Earl to pay Defendants the sum of $457,243.75, which represents the amount of reasonable attorney's fees Defendants incurred in the defense of this action.

Defendants' Motion is made pursuant to Eastern District Local Rule 54-293, Rule 54(d) of the Federal Rules of Civil Procedure, and California Government Code section 12965(b), on the grounds that Defendants are the prevailing parties in this action and Plaintiff's claims under the California Fair Employment and Housing Act ("FEHA") were frivolous, unreasonable and groundless.

Defendants' motion will be based on this Notice and the attached Memorandum of Points and Authorities, the supporting declaration of Matthew J. Ruggles and the exhibits attached thereto, the pleadings and papers on file herein and such other and further evidence and argument as is presented at the hearing on this motion.

Dated: October 30, 2009

        */s/ Matthew J. Ruggles*
        MATTHEW J. RUGGLES
        LITTLER MENDELSON, P.C.
        Attorneys for Defendants
        NIELSEN MEDIA RESEARCH, INC. AND
        THE NIELSEN COMPANY (US), INC.,
        (erroneously sued as VNU USA, INC.)

Firmwide:92727163.1 047031.1007

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

Case No. 2:08-CV-00050-FCD-KJM

DEFENDANTS' AMENDED NOTICE OF MOTION FOR ATTORNEY'S FEES