1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTINE EARL,                    No. 2:08-cv-00050-MCE-CKD

12            Plaintiff,

13      v.                              ORDER CONTINUING TRIAL

14   NIELSEN MEDIA RESEARCH, INC.,
     ET AL.,
15
              Defendant.
16   _____/

17       YOU ARE HEREBY NOTIFIED the April 29, 2013 jury trial is

18   vacated and continued to **June 17, 2013**, at **9:00 a.m.** in Courtroom

19   7.  The parties shall file trial briefs not later than **April 4,**

20   **2013.**  Counsel are directed to Local Rule 285 regarding the

21   content of trial briefs.

22       Accordingly, the February 21, 2013 Final Pretrial Conference

23   is vacated and continued to **April 18, 2013**, at **2:00 p.m.** in

24   Courtroom 7.  The Joint Final Pretrial Statement is due not later

25   than **March 28, 2013** and shall comply with the procedures outlined

26   in the Court's April 16, 2012 Scheduling Order.  The personal

27   appearances of the trial attorneys or person(s) in pro se is

28   mandatory for the Final Pretrial Conference.

                                   1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **March 28, 2013.** Oppositions must be filed by **April 4, 2013** and any reply must be filed by **April 11, 2013.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Scheduling Order (ECF No. 149) are confirmed.

IT IS SO ORDERED.

Dated: October 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2